UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NWA, LLC., F/K/A NELSON, WATSON & ASSOCIATES, LLC., GEORGE H. NELSON, II, GEORGE H. NELSON, III, AND NELSON FAMILY IRREVOCABLE TRUST, ) ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) ) | CIVIL ACTION NO. 19-11881-JGD |
| THE CBE GROUP INC., ) ) | |
| Defendant. ) | |

## ORDER ON DEFENDANT'S MOTIONS IN LIMINE

This matter is before the court on the defendant's motions in limine, which are set forth in sections A through D of "Defendant's the CBE Group, Inc.'s Trial Brief" (Docket No. 55). After consideration of the parties' written submissions and the oral arguments presented during the Final Pretrial Conference held on May 25, 2022, the court hereby ORDERS as follows:

1. The defendant's motions (i) to prohibit the plaintiffs from presenting any evidence of damages that fall outside the bounds of the Asset Purchase Agreement and (ii) to prohibit the plaintiffs from offering evidence or arguments of any alleged claims that sound in tort and were not alleged in the Complaint are ALLOWED IN PART and DENIED IN PART.  The case will be tried as a breach of contract case.  The plaintiffs may seek any damages they deem appropriate for the alleged breach of contract, and the defendant may challenge the plaintiffs' claims for damages on any grounds it deems appropriate, including on the grounds that amounts sought by the plaintiffs were not due under the contract.

[2]

2. The defendant's motion to prohibit the plaintiff from offering any evidence relating to attorneys' fees and from seeking attorneys' fees is DENIED AS MOOT in light of the plaintiffs' representation that they are not seeking attorneys' fees in this action.

3. The defendant's motion to prohibit the plaintiffs from offering evidence or testimony that is not based on personal knowledge is DENIED WITHOUT PREJUDICE to renewal in the context of the trial.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED:  May 31, 2022